On appellant's petition for reconsideration filed December 19, 1990, reconsideration allowed; former decision (104 Or App 446, 800 P2d 1093) withdrawn; reversed and remanded February 6, 1991

## TONY BROWN,
*Appellant,*

*v.*

## Carl ZENON,
*Respondent.*

(89C 12330; CA A63272)

804 P2d 524

Noel Grefenson, Salem, for petition.

Before Richardson, Presiding Judge, and Newman and Deits, Judges.

PER CURIAM

## PER CURIAM

Plaintiff petitions for review of our decision affirming dismissal of his petition for a writ of *habeas corpus*. 104 Or App 446, 800 P2d 1093. We treat the petition as one for reconsideration, ORAP 9.15, and allow it. We withdraw our former decision and reverse the judgment. *Bird v. Maass (A64583)*, 104 Or App 271, 800 P2d 792 (1990).

Reconsideration allowed; former decision withdrawn; reversed and remanded.